# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DONALD F BROWNE, JR.** | : | |
| *ON BEHALF OF HIMSELF AND* | : | |
| *ALL OTHERS SIMILAR SITUATED* | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 21-367 |
| | : | |
| **US FERTILITY, LLC, ET AL.** | : | |

## ORDER

This 22nd day of June, 2021, it is hereby **ORDERED** that Defendants' Motion to Dismiss (ECF10) is **GRANTED**.

/s/ Gerald Austin McHugh  
United States District Judge